CHARLES D. ROOT, as Trustee in Bankruptcy of the STEBER MACHINE COMPANY, Respondent, v. HENRY R. BEEBE and Others, Appellants.

PER CURIAM. The question which appellants seek to have determined in advance of the trial does not necessarily arise on this motion. ■ Whatever might be the case in an action brought solely under section 58 of the Stock Corporation Law, upon which we express no opinion, we cannot say that the allegations and characterizations sought to be stricken from the complaint in its present form are irrelevant and immaterial so far as concerns the cause of action for waste and misfeasance in connection with the salaries. The order should be affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. Order affirmed, with ten dollars costs and disbursements.

THOMAS MANIKAS, Respondent, v. CONSTANTINE BASIL and Others, Appellants. — Judgment reversed on the facts and a new trial granted, with costs to the appellants to abide the event. Certain findings of fact disapproved and reversed. The findings of fact disapproved and reversed are held to be against the weight of the evidence, but a new trial is granted as additional proof may be produced relating to the question of the falsity of the representations of the respondent relating to the amount of business done by him. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MYRON F. SAMPSON and Others, Appellants, v. HENRY C. SCHROEDER and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED J. CROISSANT, Appellant, v. JOHN STEVENS and EFFIE STEVENS, Respondents.— Order affirmed, without costs of this appeal to either party. All concur, except Crouch, J., who dissents. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JACOB C. BOCKSTAHLER, Respondent, v. CLYDE MOORE, Appellant, and PENNSYLVANIA RAILROAD COMPANY, Defendant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the ground that plaintiff failed to adduce any evidence warranting the submission to the jury of the question of his freedom from contributory negligence. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.